**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

BRANDON GRIMES

      Defendant.

CRIMINAL COMPLAINT

CASE NUMBER: 08-2659 JKB

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about January 9, 2007, in the District of Maryland, Brandon Grimes, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: SIG-Sauer 9 MM Luger semi-automatic pistol, serial #U540876, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

    I further state that I am a Detective with the Baltimore Police Department and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based upon the following facts:

    See Attached Affidavit

Continued on the attached sheet and made a part thereof:  ☑ Yes   ☐ No

                                    Detective David Azur
                                    Task Force Officer

Sworn to before me and subscribed in my presence,

August 21, 2008   3:47 P.M.   at   Baltimore, Maryland
Date and Time Issued

                                    United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Detective David Azur, being duly sworn, do hereby solemnly swear and affirm:

1. I am a Detective with the Baltimore Police Department and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and I am the case agent assigned to the investigation of this matter. I have been a member of the Baltimore Police Department since December 28, 1993. After completion of entrance level training, which also included narcotic training given by the U.S. Department of Justice, Drug Enforcement Administration, I was assigned to the Southwestern District Patrol Division where I made numerous arrests for handgun violations, narcotic violations and violent offenders. In 1997, I was assigned to a multi-jurisdictional Auto Theft Task Force, where I continued to arrest violent offenders. In June of 2007, I was assigned to the Violent Crime Impact Division where I began to work with the High Intensity Drug Trafficking Area task force (HIDTA), where I became a Task Force Officer with the ATF. I have received specialized training from the Federal Bureau of Investigation (FBI), the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the High Intensity Drug Trafficking Area (HIDTA), as well as the Multi-Jurisdictional Drug Task Force. I currently investigate Federal Firearm and Narcotic violations.

2. This affidavit is in support of a Complaint against Brandon Grimes. This affidavit is based upon my conversations with other law enforcement officers and other individuals and my review of relevant documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of this investigation. Where the contents of documents, and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my investigation, I have learned the following:

   a. On January 9, 2007, at approximately 1:18 a.m., Baltimore City Police Detective Troy Lamont Chesley was returning home from his tour of duty. As Detective Chesley attempted to put his key in the front door of his home, located at 4517 Fairfax Road, Baltimore, MD, an assailant approached and began shooting at Detective Chesley, striking him twice. Detective Chesley returned fire with his department issued .40 caliber Glock handgun and struck the assailant. The assailant fled the scene and Detective Chesley collapsed on the front porch, where he subsequently died. Witnesses reported seeing a dark colored mini-van speeding from the crime scene.

   b. Investigation of the crime scene uncovered a bloody trail leaving the scene. Found halfway through the bloody trail was a SIG-Sauer 9 MM Luger semi-automatic pistol, serial #U540876. Forensic testing established that this was the weapon used in the shooting of Detective Chesley. Testing of the blood trail revealed that the blood surrounding the pistol belonged to Brandon Grimes.

   c. While the crime scene investigation continued, a patient with a

gun-shot wound to the leg arrived at St. Agnes Hospital. Surveillance video reviewed by law enforcement revealed Brandon Grimes getting out of a dark colored mini-van with the assistance of two people. The mini-van was located and towed to the homicide office. A search and seizure warrant was issued and executed and the bloodied wallet of Brandon Grimes was recovered from inside the mini-van.

      d.    Witnesses were later interviewed who stated that Grimes had earlier exited the dark green mini-van with a handgun and was seen walking in the direction where the shoot-out occurred and then was found soon thereafter yelling for help with a gun shot wound in the leg.

      4.    Based on a review of Brandon Grimes' criminal record, I have learned that on or about December 15, 2004, Brandon Grimes was convicted of Theft over $500, an offense punishable by imprisonment for a term exceeding one year, and that his civil rights were not restored following that conviction.

      5.    Based on my training and experience, I know that SIG-Sauer firearms are not manufactured in the State of Maryland and that the firearm possessed by the defendant had traveled in interstate or foreign commerce prior to January 9, 2007.

      6.    Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about January 9, 2007, in the District of Maryland, Brandon Grimes, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a SIG-Sauer 9 MM Luger semi-automatic pistol, serial #U540876, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Detective David Azur
Task Force Officer

Sworn to before me this
21 day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND